313

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 3, 1965

No. 69053.—Rosko-Steele, Inc., et al. *v.* United States, protests 63/15909–16855, etc. (New Orleans).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of metal novelty figures, having as an essential feature an electrical element or device, the claim of the plaintiffs was sustained.

No. 69054.—A & A Trading Corp. *v.* United States, protest 63/14970 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69055.—Polks Model Craft Hobbies, Inc., et al. *v.* United States, protests 63/20503(B), etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69056.—Polk's Model Craft Hobbies, Inc., and Lansen-Naeve Corp. *v.* United States, protest 59/5290(A) (New York).